38,100-05

Dear. Mr. Acosta:

November 11, 2015
RECEIVED
COURT OF CRIMINAL

NOV 19 2015

Abel Acosta, Clerk

Re: Request For Copies of
Pages 14 & 15 of 11.07 Application

My name is Sam Jones, I write to request that you please promptly send me twenty (20) copies of pages 14 & 15 of the 11.07 application form so that I can include 20 additional grounds in my application. On page 5 of the 11.07 application form it states: " If your grounds and brief summary of fact have not been presented on the form application, the court will not consider your grounds. IF you have more than four grounds, use pages 14 and 15 of the form, which you may copy as many times as needed to give you a separate page for each ground."

I, being incarcerated do not have access to a copier machine thus I request that you please provide me with the requested 20 copies of pages 14 and 15 of the prescribe form,

Please Mail To:
Sam Jones #1787475
Wynne Unit
810 F.M. 2821
Huntsville, TX 77349

Thank You
Sam Jones